```
Evan Livingstone, SBN 252008
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone: (707) 206-6570
Fax:   (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Cynthia Ann McCarn
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.    24-10069 |
| Cynthia Ann McCarn | Chapter    13 |
| Debtor(s) / | **SUBSTITUTION OF ATTORNEY** |

TO THE COURT, CHAPTER 13 TRUSTEE, US TRUSTEE and ALL CREDITORS:

Please take notice that Debtor makes the following substitution of attorney:

<u>Former Representative (Debtor Pro Se)</u>

Cynthia Ann McCarn
8157 Mill Station Rd.
Sebastopol, CA 95472

<u>New Attorney:</u>

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407

The Debtor and new attorney consent to this substitution.

Date: February 29, 2024                    /s/ Cynthia Ann McCarn
                                           Cynthia Ann McCarn
                                           Debtor

Date: February 29, 2024                    /s/Evan Livingstone
                                           Evan Livingstone
                                           Attorney for Debtor