

Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone (707) 206-6570
Fax (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Cynthia Ann McCarn

**CHANGES MADE BY COURT**

Signed and Filed: March 5, 2024

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 24-10069 DM |
|---|---|
| CYNTHIA ANN MCCARN | Chapter 13 |
| Debtor | **ORDER GRANTING EX PARTE APPLICATION TO SHORTEN TIME TO NOTICE HEARING ON MOTION TO EXTEND THE AUTOMATIC STAY F.R.B.P. 9006(c), B.L.R. 9006-1** |
| | Judge: Hon. Dennis Montali |

Debtor Cynthia Ann McCarn's application for an Order Shortening Time to Serve Notice of Debtor's Motion to Extend the Automatic Stay from 14 days to 7 days came before the court by ex parte application.

There being no opposition, and good cause appearing,

IT IS ORDERED that the motion is granted. Debtor's motion will be heard by the Court on March 13, 2024, at 10:15 AM. Counsel for Debtor shall serve this Order, and appropriate notice of hearing (see https://www.canb.uscourts.gov/procedure/san-francisco/blumenstiel-montali/procedures-noticing-and-conducting-hearings) on all creditors against whom extended stay is sought **no later than close of business on March 6, 2024**. Counsel for Debtor shall file an appropriate certificate of service with the court thereafter.

*** END OF ORDER ***

Court Service List