| | |
|---|---|
| 1 | Austin P. Nagel, SBN 118247 |
| 2 | Kirsten Martinez, SBN 310674 |
|   | Bonial & Associates, P.C. |
| 3 | 3160 Crow Canyon Place, Suite 215 |
|   | San Ramon, California 94583 |
| 4 | Telephone: (213) 863-6010 |
|   | Fax: (213) 863-6065 |
| 5 | Austin.Nagel@BonialPC.com |
| 6 | Kirsten.Martinez@BonialPC.com |
| 7 | Attorney for Secured Creditor |

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 24-10069 |
| Cynthia Ann McCarn, | Chapter 13 |
| | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| | <u>341(a) Meeting</u>: |
| | Date: April 9, 2024 |
| | Time: 11:00 a.m. |
| | Place: Tele/Videoconference |
| | <u>Confirmation Hearing</u>: |
| | Date: May 8, 2024 |
| | Time: 10:00 a.m. |
| | Place: Tele/Videoconference |
| Debtor. | |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust 2005-6AR, Mortgage Pass-Through Certificates, Series 2005-6AR as serviced by Specialized Loan Servicing, LLC ("Secured Creditor"), hereby objects to the confirmation of the Debtor's Chapter 13 Plan in the above-captioned matter. Secured Creditor is a party in interest as the holder of a secured claim and therefore has standing to object to the Debtor's Chapter 13 Plan. Secured Creditor objects to the Debtor's Chapter 13 Plan on the following grounds:

1. **Secured Creditor's claim relating to the Property.** On or about February 28, 2024, Secured Creditor filed its Proof of Claim in the amount of $1,347,628.36, including arrearage in the amount of $187,436.60. Secured Creditor's claim is secured by the real property commonly known as 8157 Mill Station Road, Sebastopol, California 95472 (the "Property"). A true and correct copy of Secured Creditor's Proof of Claim is attached as Exhibit A.

2. **Pursuant to 11 U.S.C. §1322(b)(5), the plan fails to provide for the curing of the default on Secured Creditor's claim.** According to the plan, Debtor has provided for the arrears in the amount of $183,000.00. However, the arrearage on Secured Creditor's claim is in the amount of $187,436.60. Debtor has failed to provide for the curing of the remaining default of $4,436.60. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. §1322(b)(5).

CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for Secured Creditor's claim and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Debtor's proposed Chapter 13 Plan be denied.

**WHEREFORE**, Secured Creditor respectfully requests that:

1. Confirmation of Debtor's Chapter 13 Plan be denied; or, in the alternative,
2. Debtor's Plan be amended in accordance with this Objection.
3. For other such relief as the Court deems just and proper.

Dated: March 13, 2024

Respectfully Submitted,
Bonial & Associates, P.C.

By: */s/ Kirsten Martinez*
Austin P Nagel
Kirsten Martinez
Attorney for Secured Creditor