

Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone (707) 206-6570
Fax (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Cynthia Ann McCarn

Signed and Filed: March 21, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CYNTHIA ANN MCCARN<br><br>    Debtor | Case No.   24-10069 DM<br>Chapter    13<br><br>**ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY 11 U.S.C. § 362(c)(3)(B)**<br><br>Date:  March 13, 2024<br>Time:  10:15 AM<br>Judge: Hon. Dennis Montali<br>Place:  Telephone/Video<br><br>Judge:  Hon. Dennis Montali |

    Debtor Cynthia Ann McCarn's Motion for an order Extending the Automatic Stay came before the Court on shortened notice at the above date and time. The Court finds that the following creditors were served notice pursuant to Bankruptcy Rule 7004: Quality Loan Service, Redwood Credit Union, Specialized Loan Servicing, LLC, Comenity Bank, Credit One Bank, Deutsche Bank National Trust Co., JPMorgan Chase Bank NA, and Summit State Bank.

    There being no opposition, and good cause appearing,

    IT IS ORDERED that the motion is granted. The automatic stay is extended pursuant to 11 U.S.C. §362(c)(3)(B) with respect to creditors Quality Loan Service, Redwood Credit Union, Specialized Loan Servicing, LLC, Comenity Bank, Credit One Bank, Deutsche Bank National Trust Co., JPMorgan Chase Bank NA, and Summit State Bank.

*** END OF ORDER ***

<u>Court Service List</u>

Deutsche Bank National Trust Company
3160 Crow Canyon Place, Suite 215
San Ramon, CA 94583-1110

Comenity Bank/Kingsize
PO Box 182789
Columbus, OH 43218-2789

Comenity Bank/Roaman's
PO Box 182789
Columbus, OH 43218-2789

Credit One Bank
Attn: Bankruptcy Department
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Deutsche Bank National Trust Co. Trustee (Se
c/o Specialized Loan Servicing LLC
6200 S. Quebec St., Suite 300
Greenwood Village, Colorado 80111-4720

JPMorgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe LA 71203-4774

Pagaya Ai Debt Grantor Trust 2022-5
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Quality Loan Service
2763 Camino Del Rio South, Ste 200
San Diego CA 92108-3708

Redwood Credit Union
P O Box 6104
Santa Rosa CA 95406-0104

Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163-6005

Summit State Bank
500 Bicentennial Way
Santa Rosa, CA 95403-7429