Evan Livingstone, SBN 252008
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone: (707) 206-6570
Fax:   (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Sergio Villagomez

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 24-10304 |
|---|---|
| Sergio Villagomez | Chapter 7 |
| Debtor(s) / | **NOTICE OF CHANGE OF ADDRESS OF DEBTOR'S ATTORNEY** |

Debtor hereby notices the Court, Chapter 7 Trustee, US Trustee, all parties that have appeared in this case or filed a Notice of Appearance or Request for Notice, that the address for Debtor's attorney in this case whose mailing address is listed as:

Evan Livingstone
California Rural Legal Assistance, Inc.
1160 N Dutton Ave, Ste 105
Santa Rosa CA 95401

has a current mailing address which is:

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407

Date: June 3, 2024

/s/ Evan Livingstone
Evan Livingstone
Attorney for Debtor

# Select a Case

**There was 1 matching person.**

**There were 10 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Livingstone, Evan (aty) (10 cases) | [14-31828](#) | Charles Henry Utzman and Anna Kathryn Utzman | 11 | 12/23/14 | N / A | N / A |
| | [19-10074](#) | Ana Karen Esquivel de Velez | 13 | 02/02/19 | N / A | N / A |
| | [19-10172](#) | Gustavo Brambila and Jo Ann Brambila | 12 | 03/19/19 | N / A | N / A |
| | [21-50405](#) | Maximino Rodriguez and Maria Evelia Rodriguez | 13 | 03/29/21 | N / A | N / A |
| | [23-10248](#) | Maria Elena Cortes Maldonado | 13 | 05/25/23 | N / A | N / A |
| | [24-10069](#) | Cynthia Ann McCarn | 13 | 02/14/24 | N / A | N / A |
| | [24-10197](#) | Daniel E Katra | 7 | 04/15/24 | N / A | N / A |
| | [24-10268](#) | Jose Cabrera Alaniz and Rosa Ramirez de Cabrera | 7 | 05/20/24 | N / A | N / A |
| | [24-10282](#) | Maria Elena Cortes Maldonado | 13 | 05/29/24 | N / A | N / A |
| | [24-10304](#) | Sergio Villagomez | 7 | 06/03/24 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/03/2024 21:21:53 | | | |
| **PACER Login:** | evanlivingstone | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: Livingstone FName: Evan Type: aty Open Cases: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |