DAVID BURCHARD  
CHAPTER 13 TRUSTEE  
P.O. BOX 8059  
FOSTER CITY, CA 94404  
(650) 345-7801  FAX (650) 345-1514  
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF CALIFORNIA

| In re: | | |
|---|---|---|
| CYNTHIA ANN MCCARN  <br>8157 MILL STATION RD.  <br>SEBASTOPOL, CA 95472 | | Chapter 13  <br>Case No: 24-10069 DM  <br>Date: August 14, 2024  <br>Time: 10:10 AM  <br>Ctrm: TELEPHONE / VIDEO |
| | Debtor(s) | |

## MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1. This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 02/14/2024.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.  
11 U.S.C. § 1307(c)(4) as Debtor(s) failed to make timely payments to the Trustee. As of the date of this motion, $10,166.67 is in default under the Chapter 13 Plan.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate. The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion. You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED: July 2, 2024

DAVID BURCHARD<br>DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801   FAX (650) 345-1514
(707) 544-5500   FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| CYNTHIA ANN MCCARN<br>8157 MILL STATION RD.<br>SEBASTOPOL, CA 95472<br><br>Debtor(s) | Chapter 13<br>Case No:  24-10069 DM<br>Date:       August 14, 2024<br>Time:       10:10 AM<br>Ctrm:       TELEPHONE / VIDEO |

## DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE, DAVID BURCHARD'S, MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration.  If called upon as a witness, I could and would competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 02/14/2024.  There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

| | |
|---|---|
| __X__ | Failure to make required payments to the Trustee. $10,166.67 is in default under Ch. 13 Plan. |
| _____ | Failure to attend Section 341 Meeting of Creditors scheduled on |
| __X__ | Failure to respond to Trustee's requests – see attachment "A". |

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 2, 2024 in Foster City, California.

Dated:  July 2, 2024                          DAVID BURCHARD
                                                      DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1111 Triton Drive, Suite #100, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    CYNTHIA ANN MCCARN
    8157 MILL STATION RD.
    SEBASTOPOL, CA 95472

The following recipients have been served via Court's Notice of Electronic Filing:

    EVAN LIVINGSTONE
    evanmlivingstone@gmail.com

Dated: July 2, 2024                                 <u>ROSA GARCIA</u>
                                                                ROSA GARCIA

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>    CYNTHIA ANN MCCARN<br>    8157 MILL STATION RD.<br>    SEBASTOPOL, CA 95472<br><br><br>                         Debtor(s) | Case No.: 24-10069 DM<br>Chapter 13<br><br>**ATTACHMENT "A"** |

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion :

1. Trustee is in receipt of an objection to confirmation of plan by creditor, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust 2005-6AR, Mortgage Pass-Through Certificates, Series 2005-6AR as serviced by Specialized Loan Servicing, LLC, filed on March 13, 2024. Trustee requested that said objection to confirmation of plan be resolved prior to confirmation. The debtor has failed to resolve said objection.

2. The debtor's plan was filed after the Notice of Bankruptcy was issued and therefore was not served to all creditors with the Notice of Bankruptcy. Trustee requested the debtor file a notice regarding the plan pursuant to Bankruptcy Local Rule 3015-1(b)(1) and that a certificate of service evidencing service of the notice and plan be filed with the Court. The debtor has failed to file the requested documents.

3. Section 2.2 of the debtor's plan fails to identify how the debtor will make the payments to the Trustee. Trustee requested an amended plan which identifies how the debtor will make the payment to the Trustee. The debtor has failed to file an amended plan.

4. The debtor's plan includes a Class 1 claim but fails to reflect the start date. Trustee requested an amended plan which includes missing information. The debtor has failed to file an amended plan.

5. Section 10 of the debtor's plan reflects the debtor is participating in the Mortgage Modification Mediation Program ("MMMP"); however, the debtor has not utilized the preapproved nonstandard provision language for the MMMP. Trustee requested an amended plan which utilizes the MMMP language. The debtor has failed to file an amended plan.

6. Schedule I reflects income from rental and/or operation of a business; however, the debtor has not filed the required attachment to Schedule I that itemized gross income and expenses.   Trustee requested an amended Schedule I with the required attachment.  The debtor has failed to file the requested document.

7. Trustee requested an Application for Approval of Attorney Fees be filed.  The debtor has failed to file this document.

8. Trustee requested a Statement of Attorney Compensation Pursuant to Rule 2016(b). The debtor has failed to file this document.