JOHN A. VOS, Esq. (80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
Court MMM Mediator

United States Bankruptcy Court

Northern District of California

CYNTHIA ANN McCANN,               ) Case No 24-10069
                                  )
         Petitioner               ) Chapter 13
                                  )

**Notice of Deficiency**

Notice is hereby given that it appears that Servicer has not sent it's share of the Mediator's Fee to the mediator (see MMM Procedures, item 8B) despite several requests and reminders starting in July 2024.

This may cause the mediation to not be set and to conclude within the Court ordered time frame.

Dated: 14 August 2024

Respectfully submitted,

/s/
John Vos, Mediator

Case: 24-10069   Doc# 51   Filed: 08/28/24   Entered: 08/28/24 14:47:09   Page 1 of 2

Law Office of John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330

July 12, 2024

Evan Livingston, Attorney
2585 Sebastopol Road Unit 7265
Santa Rosa, CA 95407

Deutsche Bank National Trust Company
3160 Crow Canyon Place, Ste215
San Ramon, CA 945831110

Re: Cynthia Ann McCann 24-10069
ND Cal Mortgage Mediation

Dear Mediation participants -

As you should know I have been selected as your Mediator in the Northern District of California's formal Mortgage Mediation program. To that end:

1 - Please send your available dates. I suggest we set something about 45 days out, so what works for each of you in September? I generally can make myself available. If you confer and send to me jointly-agreeable dates and times, that seems to work best.

2 - Paragraph 13 E of the Mediation order Order states that my compensation is $600 for the first two hours, and you can split it equally. I ask that you send your respective shares within fifteen days of this letter, so that scheduling can be set without administrative issues. Since the total from each of you is LESS than $600, there is no need for a W-9 and I shall not be providing that confidential information to anyone at this time.

If you have any questions, comments or suggestions I look forward to hearing from you at your earliest convenience.

Sincerely,

John A. Vos
JAV:st