Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone (707) 206-6570
Fax    (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Cynthia Ann McCarn

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.     24-10069 DM |
| CYNTHIA ANN MCCARN | Chapter     13 |
| Debtor | **STIPULATION TO EXTEND TIME TO COMPLETE MORTGAGE MODIFICATION MEDIATION PROGRAM** |

WHEREAS on June 20, 2024, the Court entered an Order Granting Motion For Referral To Mortgage Modification Mediation Program (the "MMM Order") [Dkt. No. 37].

Whereas the MMM Order required Debtor CYNTHIA ANN MCCARN and Lender DEUTSCHE BANK NATIONAL TRUST to participate in the Mortgage Modification Mediation Program (the "MMM Program") in good faith.

Whereas Section 9.B. of the Mortgage Modification Mediation Program Procedures (the "MMM Procedures") requires that "The entire MMM Program shall be completed no later than one hundred and fifty (150) days after entry of the order referring the case to the MMM Program, without written stipulation of the parties or order of the Court extending this deadline."

Whereas the original deadline to complete the MMM Program will expire on November 17, 2024.

Whereas the Debor and Lender previously stipulated to an extension of the deadline to January 1, 2025.

Whereas as of January 3, 2025, Lender's servicer NEWREZ LLC DBA SHELLPOINT

MORTGAGE SERVICING is now being represented by McCalla Raymer Leibert Pierce, LLC.

Whereas Debtor, Lender and Servicer desire to complete the MMM Program.

Therefore, it is hereby STIPULATED among Debtor, Lender, and Servicer that the deadline to complete the MMM Program shall be extended an additional 60 days until March 7, 2025.

SO STIPULATED

Dated: January 6, 2025 /s/Evan Livingstone
Evan Livingstone
Attorney for Debtor
CYNTHIA ANN MCCARN

Dated: January 6, 2025 McCalla Raymer Leibert Pierce, LLC

By: /s/Dane Exnowski
Dane Exnowski
Attorneys for Lender
DEUTSCHE BANK NATIONAL TRUST

Attorneys for Servicer
NEWREZ LLC DBA SHELLPOINT
MORTGAGE SERVICING