DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CYNTHIA ANN MCCARN<br>8157 MILL STATION RD.<br>SEBASTOPOL, CA 95472<br><br>Debtor(s) | Chapter 13<br>Case No:  24-10069 DM<br>Date:     May 14, 2025<br>Time:     10:10 AM<br>Ctrm:     VIDEO |

# MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1. This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 02/14/2024.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.
11 U.S.C. § 1307(c)(4) as Debtor(s) failed to make timely payments to the Trustee.  As of the date of this motion, $3,380.86 is in default under the Chapter 13 Plan.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate.  The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion.  You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:    March 26, 2025                                    DAVID BURCHARD_____
                                                            DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801   FAX (650) 345-1514
(707) 544-5500   FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

CYNTHIA ANN MCCARN
8157 MILL STATION RD.
SEBASTOPOL, CA 95472

Debtor(s)

Chapter 13
Case No:   24-10069 DM
Date:      May 14, 2025
Time:      10:10 AM
Ctrm:      VIDEO

## DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE, DAVID BURCHARD'S, MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

I, ROSA GARCIA, am employed by David Burchard, Chapter 13 Trustee. As part of my employment, I am familiar with the Chapter 13 Trustee's records and procedures and have access to the records of this case. Such records are maintained under the control and supervision of the Chapter 13 Trustee and are kept in the ordinary course of business. I make these statements based upon my own personal knowledge, except those statements based on information and belief, and, as to those statements I believe them to be true. If called upon as a witness, I could and would competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 02/14/2024. There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

| | |
|---|---|
| __X__ | Failure to make required payments to the Trustee. $3,380.86 is in default under Ch. 13 Plan. |
| _____ | Failure to attend Section 341 Meeting of Creditors scheduled on |
| __X__ | Failure to respond to Trustee's requests – see attachment "A". |

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on March 26, 2025 in Foster City, California.

Dated: March 26, 2025                              ROSA GARCIA
                                                   _____
                                                   ROSA GARCIA

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1111 Triton Drive, Suite #100, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    CYNTHIA ANN MCCARN
    8157 MILL STATION RD.
    SEBASTOPOL, CA 95472

The following recipients have been served via Court's Notice of Electronic Filing:

    EVAN LIVINGSTONE
    evanmlivingstone@gmail.com

Dated:    March 26, 2025            ROSA GARCIA
                                                    ROSA GARCIA

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    CYNTHIA ANN MCCARN
    8157 MILL STATION RD.
    SEBASTOPOL, CA 95472

Case No.: 24-10069 DM
Chapter 13

**ATTACHMENT "A"**

Debtor(s)

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion :

1. The debtor obtained an Order Granting Motion for Referral to Mortgage Modification Mediation Program on June 20, 2024. Pursuant to paragraph 9(B) of the Mortgage Modification Mediation (MMM) Program Procedures, "[t]he entire MMM Program shall be completed no later than one hundred and fifty (150) days after entry of the order referring the case to the MMM Program, without written stipulation of the parties or order of the Court extending this deadline." On November 6, 2025, the debtor and secured creditor entered into a Stipulation to Extend Time to Complete Mortgage Modification Medication Program extending the deadline to complete the MMM Program to January 1, 2025. This deadline was further extended to March 7,2025 by a stipulation entered into on January 6, 2025. It is now past the March 7, 2025 deadline and no further stipulation to extend the time to complete the MMM Program has been filed, nor is there any evidence on the docket that the debtor has completed the MMM Program.

2. At the 341 Meeting of Creditors, the Trustee requested the following documentation: an amended Schedule A/B to list pending lawsuits. The debtor has failed to provide the requested documentation.

3. At the 341 Meeting of Creditors, the Trustee requested the following documentation: an amended Statement of Financial Affairs to list pending lawsuits. The debtor has failed to provide the requested documentation.

4. At the 341 Meeting of Creditors, the Trustee requested the following documentation: documentation regarding payment made to David Grochowski Legal Sales Stop in the amount of $20,250.00 as listed in question 17 of the Statement of Financial Affairs. The debtor has failed to provide the requested documentation.