Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Cynthia Ann Mccarn

Chapter 13 Case Number:
24-10069-DM 13

Debtor(s)

**TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS; DECLARATION; AND NOTICE AND OPPORTUNITY TO OBJECT**

TO THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY:

Martha G Bronitsky, Chapter 13 Standing Trustee, requests an Order Dismissing this case pursuant to 11 U.S.C. Section 1307(c)(6) upon the grounds that the debtor(s) is in material default for the following reasons:

1. **YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.**

As of March 02, 2026 you should have paid a total of $74,571.55 to the Chapter 13 Trustee. According to the Trustee's records, you are in default in the amount of $13,555.55. The default amount includes the current's month payment regardless of the day of the month your payment is due. If your monthly due date falls after the 21 day notice period, you will still have until your due date to make the current month's payment.

2. TO AVOID DISMISSAL

Within 21 days of this notice, YOU MUST (a) bring the case current (payment must be received by the Trustee within 21 days); or (b) file and serve a motion to modify plan/amended plan (as applicable) to bring your case current; or (c) file an opposition/request for hearing detailing why the case should not be dismissed stating specific actions you have taken to resolve the delinquency.

1    You should contact your attorney immediately to be advised of your legal options.

2    If you do not take timely action, YOUR CASE MAY BE DISMISSED WITHOUT ANY FURTHER

3 NOTICE OR HEARING.

4    PURSUANT TO LOCAL BANKRUPTCY RULE 9014-1(b)(3)(A) NOTICE IS HEREBY

5 GIVEN: Any objection to the requested relief, or a request for hearing on the matter, must be filed and

6 served upon the initiating party with 21 days of the mailing of notice; any objection or request for

7 hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to

8 present in support of its position; if there is no timely objection to the requested relief or a request for

9 hearing, the court may enter an order granting relief by default.

10    In the event of a timely objection or request for hearing, (either): the initiating party will give at

11 least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or

12 committee appointed in the case; or the tentative hearing date, location, and time are "n/a".

13    I am the Chapter 13 Standing Trustee for the United States Bankruptcy Court, Northern District of

14 California, and the Trustee in the above referenced case. I know the following of my own personal

15 knowledge and review of docket entries, and if called upon to testify I could and would testify as follows:

16 Debtor is in default $13,555.55.

17    I declare under penalty of perjury that the foregoing is true and correct.

18
Dated: March 02, 2026                    /s/ Martha G. Bronitsky
19                                         _____
                                           Signature of Martha G. Bronitsky
20                                         Chapter 13 Standing Trustee

21

22

23

24

25

26

27

28

| 1 | In re | | Chapter 13 Case No. 24-10069-DM |
|---|---|---|---|
| 2 | Cynthia Ann Mccarn<br>debtor(s) | | 13 |

| 3 | CERTIFICATE OF SERVICE |
|---|---|

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

Cynthia Ann Mccarn

8157 Mill Station Rd.
Sebastopol,CA 95472

(Debtor(s))

Evan Livingstone
Law Office Of Evan Livingstone
2585 Sebastopol Rd Unit 7265
Santa Rosa,CA 95407

(Counsel for Debtor)

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Date: March 02, 2026

/s/ OLGA GONZALEZ
OLGA GONZALEZ